## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

**UNITED STATES OF AMERICA,**
**PEOPLE OF THE V.I.**

Cr. 2008/0005

vs

*Reggie Ritter*
*Ernie Ritter*



### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr. U.S. Magistrate Judge on the 28th of February 2008 at 9:00am (time), (before) (after) the filing of the Indictment in the above cause, a copy of which (was) (was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was) (was not) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

**ORDERED THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:**

X    An unsecured Appearance Bond in the amount of $10,000.00, Custody and Bond.
☐    An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
☐    Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.
☐    Other conditions:_____

02/28/08 Advise of rights hearing held, Custodial Hearing & Arraignment scheduled for 02/29/08 @ 9:00 am

Page 2
Minutes of Proceedings

      Patricia Cooke AFPD- Reggie Ritter
Attorney Eric Chancellor, Esq- Ernei Ritter  -appointed to represent defendant.

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 02/28/08

                                                                 _____/S/_____
                                                                 George W. Cannon, Jr
                                                                U.S. Magistrate Judge

     I certify that I truly and accurately interpreted the statement of the Judge from English to_____ a language which the defendant understands.

                                                                  _____
                                                                  Interpreter

Defendant's Date of Birth:_____Age:_____

Residence Address:_____

Mailing Address:_____

City:_____

Island (State):_____

Home Phone:_____   Business Phone:_____

Arresting Officer:_____

Date of Arrest: 02/28/08

     I certify that I received a copy of this Memorandum Record of Proceeding.

_____    _____